IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CEDRIC MCCASKILL** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL NO.: 1:14cv24-HSO-RHW** |
| | § | |
| **DEPARTMENT OF HEALTH AND** | § | **DEFENDANT** |
| **HUMAN SERVICES, SOCIAL** | § | |
| **SECURITY ADMINISTRATION** | § | |

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Cedric McCaskill's Objections [27] to Magistrate Judge Robert H. Walker's Report and Recommendation [26]. The Court, by separate Order entered this date, has overruled Plaintiff's Objections [27], adopted the Magistrate Judge's Report and Recommendation [26] as the finding of this Court, and affirmed the Commissioner's decision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 30th day of March, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE